# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kurt Adam Oldenburg,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Laura Ridge, et al.,<br><br>　　　　　　Defendants. | No. CV 14-02367-PHX-PGR (DMF)<br><br>**ORDER** |

This matter is before the Court on Defendant Laura Ridge's Motion to Dismiss for Failure to Serve Process (Doc. 42). Service has now been accomplished (Doc. 46).

Accordingly,

**IT IS ORDERED that** Defendant Laura Ridge's Motion to Dismiss for Failure to Serve Process (Doc. 42) is denied as moot.

**IT IS FURTHER ORDERED that** the Order to show cause at Doc. 44 is deemed satisfied as to Defendant Ridge. The Order to show cause at Doc. 44 as to Defendant Pierce will be separately handled by Report and Recommendation.

**IT IS FURTHER ORDERED that** within 5 days of service of Defendant Ridge's answer, Plaintiff and all other parties who have made an appearance shall each file a list of proposed dates, as they pertain to Plaintiff's claim against Defendant Ridge: a deadline for discovery requests, a deadline for Plaintiff's deposition if appropriate, a

/ / /

/ / /

deadline for dispositive motions, a deadline for discovery motions, and a deadline for all other pretrial motions.

Dated this 12th day of December, 2016.

Honorable Deborah M. Fine
United States Magistrate Judge