IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kurt Adam Oldenburg,<br><br>        Plaintiff,<br><br>vs.<br><br>Laura Ridge, et al.,<br><br>        Defendants. | No. CV-14-02367-PHX-PGR (DMF)<br><br>ORDER |

Having reviewed *de novo* the Report and Recommendation of Magistrate Judge Fine (Doc. 48) notwithstanding that no party has filed an objection to the Report and Recommendation, the Court finds that the Magistrate Judge correctly concluded that the plaintiff's claims against defendant Pierce should be dismissed without prejudice because the plaintiff failed to timely serve the defendant and the plaintiff failed to respond to the Court's order to show cause regarding his lack of service.  Therefore,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (Doc. 48) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that all of the plaintiff's claims against defendant

Pierce are dismissed without prejudice pursuant to Fed.R.Civ.P. 4(m) and 41(b).

DATED this 10th day of February, 2017.

_____
Paul G. Rosenblatt
United States District Judge